Julio Cuevas, Plaintiff-Appellant,
against
BMW of Manhattan, Inc., Defendant-Respondent.



Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County (Anthony Cannataro, J.), entered July 31, 2015, after inquest, dismissing the complaint.




Per Curiam. 
Judgment (Anthony Cannataro, J.), entered July 31, 2015, reversed, without costs, complaint reinstated, and matter remanded for a new inquest. 
The sparse record now before us does not permit meaningful appellate review of the issues presented, including whether the court properly dismissed plaintiff's breach of contract action after inquest. In addition, the trial court's ruling did not set forth the ultimate or essential facts relied upon in reaching its decision. Under these circumstances, we remand the matter for a new inquest and issuance of a decision in conformity with the specificity requirements of CPLR 4213(b) (see Nunez v Bardwil, 145 AD3d 909, 910 [2016], lv dismissed 29 NY3d 931 [2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 10, 2017